# IN THE SUPREME COURT OF THE STATE OF NEVADA

BERNARDO UGALDE-TORRES,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 77598

FILED

JAN 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Appellant's counsel has filed a motion to voluntary dismiss this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court orders

ORDERs this appeal DISMISSED.[1]

_____, J.
Pickering

_____
Parraguirre

_____, J.
Cadish

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

19-04958

cc: Hon. Egan K. Walker, District Judge
Bernardo Ugalde-Torres
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk